IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SHAMIRA CONAWAY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> VS. <br><br> WCS SERVICES, LLC, WARDLAW CLAIMS SERVICE, LLC, WCCA, INC., WARDLAW INSURANCE SERVICES, LLC, WARDLAW CLAIMS TRAINING CENTER, LLC, WARDLAW AUTO CLAIMS SOLUTIONS, LLC, WARDLAW CONSULTING SERVICES, INC., CUSTOM DATA SYSTEMS, INC., WILLIAM F. WARDLAW, MICHAEL WARDLAW, REBECCA MEADOWS, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | § CIVIL ACTION NO. 6:15-cv-00186-WSS <br><br> COLLECTIVE ACTION <br><br> JURY TRIAL DEMANDED |

### ORDER

On this day, came on to be heard the parties' Joint Motion to Dismiss. The court, having reviewed the parties' joint submission, is of the opinion that the Motion should be granted. It is therefore, ORDERED that: the claims of the Plaintiffs are DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs, except as provided in the Confidential Settlement Agreement.

Signed this __8th__ day of __February__, 2016

_____
WALTER S. SMITH JR.
UNITED STATES DISTRICT JUDGE